1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_Allison@fd.org

5
   Attorneys for Defendant
6  Ronald H. Orr

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            ) Case No.  2:16-PO-00198-EFB
                                        )           2:16-PO-00313-EFB
11              Plaintiff,              )
                                        ) STIPULATION AND [PROPOSED] ORDER TO
12     vs.                              ) CONTINUE STATUS CONFERENCE
                                        )
13 Ronald H. Orr,                       ) Date: October 31, 2016
                                        ) Time: 10:00 a.m.
14              Defendant.              ) Judge: Hon. Edmund F. Brennan
                                        )
15                                      )

16

17

18     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

19 Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

20 Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda

21 Allison, attorney for Ronald H. Orr, that the status conference scheduled for October 31, 2016 be

22 vacated and continued to January 23, 2017 at 10:00 a.m.

23

24 / / /

25 / / /

26 / / /

27 / /

28 / /

This continuance is necessary as the parties are in plea negotiations and require additional time for defense counsel to hold discussions with her client in furtherance of resolution.

DATED: October 28, 2016      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
Ronald H. Orr

DATED: October 28, 2016      PHILLIP A. TALBERT
Acting United States Attorney

/s/Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the October 31, 2016 status conference shall be continued until January 23, 2017 at 10:00 a.m.

Dated:  October 31, 2016

HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and [Proposed] Order to Continue Status Conference           -2-